COTTLE, Respondent, v. ERIE COUNTY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Octavius O. Cottle against the county of Erie and another. No opinion. Motion for reargument denied, with $10 costs.